UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY SCOTT and BRIDGETT SCOTT, husband and wife, | Case No.: 2:10-cv-02081-GMN-LRL |
| Plaintiffs, | **ORDER** |
| vs. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a corporation; RECONTRUST COMPANY; CITIBANK, N.A. AS TRUSTEE OF THE CERTIFICATEHOLDER OF CWABS, INC. ASSET-BACKED CERTIFICATE, SERIES 2007-QH2; CWABS, INC. a corporation; ODIS WARD; and DOE DEFENDANTS I through X, inclusive, | |
| Defendants. | |

To support its motion to intervene (ECF No. 25), and in response to court order (ECF No. 31), Bank of America has submitted an allonge that references the note at issue in this case. (*See* "Ex. B, Allonge to Note" ECF No. 32-2.) The allonge provides for the endorsement of the note from Quality Home Loans to Countrywide Home Loans, Inc., and is dated March 22, 2007. *Id*. The note itself is not included in Bank of America's brief. *See id*. Without ruling as to the identity of the holder of the note, the Court finds this allonge sufficient to grant Bank of America's Motion to Intervene.

**IT IS HEREBY ORDERED** that the Motion to Intervene is **GRANTED**.

DATED this 1st day of September, 2011.

_____
Gloria M. Navarro
United States District Judge