UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JERRY SCOTT, *et al.*,

          Plaintiff,

vs.

MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., etc., *et al.*,

          Defendant.

2:10-cv-2081-GMN-RJJ

**ORDER**

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on May 21, 2012, and July 20, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __19th__ day of April, 2012.

                                            ROBERT J. JOHNSTON
                                            United States Magistrate Judge