UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERRY SCOTT, *et al.*,<br><br>          Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., etc., *et al.*,<br><br>          Defendant. | 2:10-cv-2081-GMN-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on May 21, 2012, and July 20, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __19th__ day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge