1  Marni Rubin Watkins, Esq.
   Nevada Bar No. 9674
2  FIDELITY NATIONAL LAW GROUP
   2450 St. Rose Parkway, Ste 150
3  Henderson, Nevada 89074
   Telephone: (702) 667-3000
4  Facsimile: (702) 697-2020
   Email: marni.watkins@fnf.com
5  Attorneys for *Bank of America
   and Citibank, N.A.*
6

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9  JERRY SCOTT and BRIDGETT SCOTT, husband )   Case No.  2:10-CV-02081-GMN-LRL
   and wife                                )
10                                          )
                     Plaintiff,             )
11     vs.                                  )
                                            )
12 MORTGAGE ELECTRONIC REGISTRATION         )   SUBSTITUTION OF ATTORNEY
   SYSTEMS, INC., a corporation; RECONTRUST )
13 COMPANY; CITIBANK, N.A. AS TRUSTEE OF    )
   THE CERTIFICATEHOLDER OF CWABS, INC.     )
14 ASSET-BACKED CERTIFICATE, SERIES 2007-   )
   QH2; CWABS, INC., a corporation; BANK OF )
15 AMERICA, N.A.; and DOE DEFENDANTS I      )
   through X, inclusive,                    )
16                                          )
                     Defendants.            )
17 _____)
   BANK OF AMERICA, N.A.                    )
18                                          )
                     Counterclaimant,       )
19     vs.                                  )
                                            )
20 JERRY SCOTT, an individual; and DOE      )
   individuals I through X; and ROE Corporations I )
21 through X                                )
                                            )
22                   Counter-Defendant      )
                                            )
23 BANK OF AMERICA, N.A.                    )
                                            )
24                   Third-Party Plaintiff  )
   vs.                                      )
25                                          )
   KATRINA NOBLE, an individual; OTIS WARD, )
26 an individual; and DOE individuals I through X; )
   and ROE Corporations I through X         )
27                                          )
                     Third-Party Defendant. )
28 _____)

Fidelity National
Law Group
2450 St. Rose Parkway, St 150
Henderson, Nevada 89074
(702) 667-3000

Page 1 of 3

## SUBSTITUTION OF ATTORNEY

FIDELITY NATIONAL LAW GROUP is hereby substituted as attorneys for Defendant CITIBANK, N.A. AS TRUSTEE OF THE CERTIFICATEHOLDER OF CWABS, INC. ASSET-BACKED CERTIFICATE, SERIES 2007-QH2 in the above-entitled action, in place and stead of BALLARD SPAHR LLP.

DATED this 27th day of August, 2012.   BANK OF AMERICA, N.A., ATTORNEY-IN-FACT FOR CITIBANK, N.A., AS TRUSTEE OF THE CERTIFICATEHOLDER OF CWABS, INC. ASSET-BACKED CERTIFICATE, SERIES 2007-QH2

_____
Assistant Vice President

BALLARD SPAHR LLP hereby consents to the above and foregoing substitution of FIDELITY NATIONAL LAW GROUP in its place and stead as attorney of record for Defendant CITIBANK, N.A. AS TRUSTEE OF THE CERTIFICATEHOLDER OF CWABS, INC. ASSET-BACKED CERTIFICATE, SERIES 2007-QH2 in the above-entitled action.

DATED this 27th day of August, 2012.   BALLARD SPAHR LLP

Edward Chang, Esq.
100 North City Pkwy., Ste. 1750
Las Vegas, Nevada 89106

////
////
////
////
////
////
////
////

Fidelity National Law Group
2450 St. Rose Parkway, St 150
Henderson, Nevada 89074
(702) 667-3000

1       FIDELITY NATIONAL LAW GROUP hereby accepts and consents to its substitution as
2 attorneys of record for Defendant CITIBANK, N.A. AS TRUSTEE OF THE
3 CERTIFICATEHOLDER OF CWABS, INC. ASSET-BACKED CERTIFICATE, SERIES 2007-
4 QH2 in its place and stead as attorney of record for BALLARD SPAHR LLP in the above-
5 entitled action.

6      Dated this XX~~day of August~~, 2012.     FIDELITY NATIONAL LAW GROUP

7

8 SO ORDERED.

                                        Marni Rubin Watkins, Esq.
9                   *[signature: Robert J. Johnston]*     Nevada Bar No. 9674
10     _____     Fidelity National Law Group
                                        2450 St. Rose Parkway, Ste. 150
11 U.S. MAGISTRATE JUDGE             Attorneys for *Bank of America and*
    DATE: SEPT. 26, 2012                  *Citibank, N.A.*
12

13

14                               **CERTIFICATE OF SERVICE**

15       I hereby certify that I electronically transmitted the foregoing SUBSTITUTION OF
16 ATTORNEY to the Clerk's Office using the CM/ECF System for filing and transmittal of a
17 Notice of Electronic Filing to all parties listed as CM/ECF registrants, or to the following non-
18 registrants by U.S. Mail, on the date below shown.

19   William L. McGimsey, Esq.           Edward Chang, Esq.
    3017 W. Charleston Blvd., Ste 30      Ballard Spahr LLP
20   Las Vegas, Nevada 89102              100 N. City Parkway, Suite 1750
    Attorney for Plantiffs                   Las Vegas, Nevada 89106-4617
21                                            Attorneys for Defendants MERS and
22                                             ReconTrust Company

23

24   DATED: 8/27/12                        *[signature: Jennifer O'Brien]*
                                            An employee of Fidelity National Law Group
25

26

27

28

Fidelity National
Law Group
2450 St. Rose Parkway, St. 150
Henderson, Nevada 89074
(702) 667-3000