1  Marni Rubin Watkins, Esq.
   Nevada Bar No. 9674
2  FIDELITY NATIONAL LAW GROUP
   2450 St. Rose Parkway, Ste 150
3  Henderson, Nevada 89074
   Telephone: (702) 667-3000
4  Facsimile: (702) 697-2020
   Email: marni.watkins@fnf.com
5  Attorneys for *Bank of America
   and Citibank, N.A.*
6

7                      UNITED STATES DISTRICT COURT

8                             DISTRICT OF NEVADA

9  JERRY SCOTT and BRIDGETT SCOTT, husband    )   Case No. 2:10-CV-02081-GMN-LRL
   and wife                                   )
10                                             )
                       Plaintiff,              )
11     vs.                                     )
                                               )
12 MORTGAGE ELECTRONIC REGISTRATION           )   SUBSTITUTION OF ATTORNEY
   SYSTEMS, INC., a corporation; RECONTRUST   )
13 COMPANY; CITIBANK, N.A. AS TRUSTEE OF      )
   THE CERTIFICATEHOLDER OF CWABS, INC.       )
14 ASSET-BACKED CERTIFICATE, SERIES 2007-     )
   QH2; CWABS, INC., a corporation; BANK OF   )
15 AMERICA, N.A.; and DOE DEFENDANTS I        )
   through X, inclusive,                      )
16                                             )
                       Defendants.             )
17 _____)
   BANK OF AMERICA, N.A.                      )
18                                             )
                       Counterclaimant,        )
19     vs.                                     )
                                               )
20 JERRY SCOTT, an individual; and DOE        )
   individuals I through X; and ROE Corporations I )
21 through X                                  )
                                               )
22                     Counter-Defendant       )
                                               )
23 BANK OF AMERICA, N.A.                      )
                                               )
24                     Third-Party Plaintiff   )
   vs.                                        )
25                                             )
   KATRINA NOBLE, an individual; OTIS WARD,   )
26 an individual; and DOE individuals I through X; )
   and ROE Corporations I through X           )
27                                             )
                       Third-Party Defendant.  )
28 _____)

Fidelity National
Law Group
2450 St. Rose Parkway, St 150
Henderson, Nevada 89074
(702) 667-3000

Page 1 of 3

## SUBSTITUTION OF ATTORNEY

FIDELITY NATIONAL LAW GROUP is hereby substituted as attorneys for Defendant CITIBANK, N.A. AS TRUSTEE OF THE CERTIFICATEHOLDER OF CWABS, INC. ASSET-BACKED CERTIFICATE, SERIES 2007-QH2 in the above-entitled action, in place and stead of BALLARD SPAHR LLP.

DATED this 27th day of August, 2012.

BANK OF AMERICA, N.A., ATTORNEY-IN-FACT FOR CITIBANK, N.A., AS TRUSTEE OF THE CERTIFICATEHOLDER OF CWABS, INC. ASSET-BACKED CERTIFICATE, SERIES 2007-QH2

_____
Assistant Vice President

BALLARD SPAHR LLP hereby consents to the above and foregoing substitution of FIDELITY NATIONAL LAW GROUP in its place and stead as attorney of record for Defendant CITIBANK, N.A. AS TRUSTEE OF THE CERTIFICATEHOLDER OF CWABS, INC. ASSET-BACKED CERTIFICATE, SERIES 2007-QH2 in the above-entitled action.

DATED this 27th day of August, 2012.

BALLARD SPAHR LLP

_____
Edward Chang, Esq.
100 North City Pkwy., Ste. 1750
Las Vegas, Nevada 89106

////
////
////
////
////
////
////
////

Fidelity National
Law Group
2450 St. Rose Parkway, St 150
Henderson, Nevada 89074
(702) 667-3000

FIDELITY NATIONAL LAW GROUP hereby accepts and consents to its substitution as attorneys of record for Defendant CITIBANK, N.A. AS TRUSTEE OF THE CERTIFICATEHOLDER OF CWABS, INC. ASSET-BACKED CERTIFICATE, SERIES 2007-QH2 in its place and stead as attorney of record for BALLARD SPAHR LLP in the above-entitled action.

Dated this XX~~day of August~~, 2012.                FIDELITY NATIONAL LAW GROUP

SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATE: SEPT. 26, 2012

Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
Fidelity National Law Group
2450 St. Rose Parkway, Ste. 150
Attorneys for *Bank of America and Citibank, N.A.*

### CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **SUBSTITUTION OF ATTORNEY** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties listed as CM/ECF registrants, or to the following non-registrants by U.S. Mail, on the date below shown.

William L. McGimsey, Esq.
3017 W. Charleston Blvd., Ste 30
Las Vegas, Nevada 89102
Attorney for Plantiffs

Edward Chang, Esq.
Ballard Spahr LLP
100 N. City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Attorneys for Defendants MERS and ReconTrust Company

DATED: 8/27/12

_____
An employee of Fidelity National Law Group

Fidelity National
Law Group
2450 St. Rose Parkway, St. 150
Henderson, Nevada 89074
(702) 667-3000

Page 3 of 3