Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Parkway, Ste 150
Henderson, Nevada 89074
Telephone: (702) 667-3000
Facsimile: (702) 697-2020
Email: marni.watkins@fnf.com
Attorneys for: *Bank of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY SCOTT and BRIDGETT SCOTT, husband and wife<br><br>    Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a corporation; RECONTRUST COMPANY; CITIBANK, N.A. AS TRUSTEE OF THE CERTIFICATEHOLDER OF CWABS, INC. ASSET-BACKED CERTIFICATE, SERIES 2007-QH2; CWABS, INC., a corporation; BANK OF AMERICA, N.A.; and DOE DEFENDANTS I through X, inclusive,<br><br>    Defendants.<br><br>BANK OF AMERICA, N.A.<br><br>    Counterclaimant,<br><br>vs.<br><br>JERRY SCOTT, an individual; and DOE individuals I through X; and ROE Corporations I through X<br><br>    Counter-Defendant<br><br>BANK OF AMERICA, N.A.<br><br>    Third-Party Plaintiff<br><br>vs.<br><br>KATRINA NOBLE, an individual; OTIS WARD, an individual; and DOE individuals I through X; and ROE Corporations I through X<br><br>    Third-Party Defendant. | Case No. 2:10-CV-02081-GMN-RJJ<br><br>**VOLUNTARY DISMISSAL OF BANK OF AMERICA'S COUNTERCLAIM AGAINST JERRY SCOTT** |

# VOLUNTARY DISMISSAL OF BANK OF AMERICA'S FIRST AMENDED THIRD PARTY COMPLAINT AGAINST JERRY SCOTT

The Defendant BANK OF AMERICA, N.A. hereby requests, authorizes and directs the Clerk of the United States District Court, District of Nevada, to enter a Voluntary Dismissal of Bank of America's Counterclaim without prejudice pursuant to Federal Rules of Civil Procedure 41 in the above-captioned action as to all claims against JERRY SCOTT.

Dated this 5th day of October, 2012.

FIDELITY NATIONAL LAW GROUP

IT IS SO ORDERED.
Dated this 9th day of October, 2012.

_____
Gloria M. Navarro
United States District Judge

_____
Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
Fidelity National Law Group
2450 St. Rose Parkway, Ste. 150
Attorneys for: *Bank of America* and *Citibank N.A. as Trustee of the Certificateholder of CWABS, Inc. Asset-Backed Certificate, Series* 2007-QH2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **VOLUNTARY DISMISSAL OF BANK OF AMERICA'S COUNTERCLAIM AGAINST JERRY SCOTT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties listed as CM/ECF registrants, or to the following non-registrants by U.S. Mail, on the date below shown.

William L. McGimsey
3017 W. Charleston Blvd., Ste 30
Las Vegas, Nevada 89102
Attorney for Plantiffs

Edward Chang, Esq.
Ballard Spahr LLP
100 N. City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Attorneys for Defendants MERS, ReconTrust Company and Citibank, N.A.

Katrina Noble
4528 Powell Point Way
North Las Vegas, Nevada 89031

Odis Ward
3949 W. Alexander Drive #1215
North Las Vegas, Nevada 89032

DATED: 10/5/12

_____
An employee of Fidelity National Law Group

Fidelity National Law Group
2450 St. Rose Parkway, St. 150
Henderson, Nevada 89074
(702) 667-3000